IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

GLOBAL TEL*LINK CORP., *d/b/a*
VIAPATH TECHNOLOGIES,
    Plaintiff / Counter-Defendant,

v.                                                                                      Civil No. 1:23cv179 (DJN)

JACS SOLUTIONS, INC.,
    Defendant / Counterclaimant.,

v.

RATTANA CHHAY,
    Counter-Defendant.

## ORDER
### (Adopting Report and Recommendation)

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge William E. Fitzpatrick, entered on August 2, 2024. (ECF No. 354.) The time to file objections to the Report and Recommendation has expired, and neither party has objected. The Court has considered the Report and Recommendation and has found no clear error.[1] Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS that:

1.     The Court hereby ACCEPTS and ADOPTS the Report and Recommendation (ECF No. 354) as the opinion of the Court.

---

[1]     In the absence of objections to a magistrate judge's report, a court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

2. The Court hereby GRANTS IN PART and DENIES IN PART Defendant JACS Solutions, Inc.'s motion for default judgment as to Counterclaim-Defendant Rattana Chhay (ECF No. 216), as detailed in the Report and Recommendation. Accordingly, the Court DIRECTS the Clerk to enter Rule 58 judgment in favor of JACS and against Chhay as to Counts V and VII.

3. The Court hereby AWARDS JACS damages in the amount of $1,026,805, along with pre- and post-judgment interest as detailed in the Report and Recommendation.

4. The Court DENIES JACS' request that the Court permanently enjoin Chhay from any further use of JACS' proprietary and confidential information.

5. The Court DENIES JACS' request for attorneys' fees.

6. Finally, the Court DENIES WITHOUT PREJUDICE JACS Solutions' request for costs. JACS Solutions may, however, submit a bill of costs pursuant to 28 U.S.C. § 1920 once a judgment has been entered.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is SO ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: August 21, 2024